No. 03–1006. GALLAGHER v. MICHIGAN. Cir. Ct. Macomb County, Mich. Certiorari denied.

No. 03–1013. EXXON MOBIL CORP. ET AL. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 03–1019. TERRY v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. 

No. 03–1026. RAMIREZ ET AL. v. TEXAS ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03–1103. PARKER v. DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied. 

No. 03–1110. JOHNSON v. McCUSKEY, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 03–1117. GUPTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–1126. CHASE v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied. 

No. 03–1128. PORRO ET VIR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–1130. COLLADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–6462. BENITEZ-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–6724. SANTANA v. UNITED STATES;
No. 03–6798. STEVENSON v. UNITED STATES;
No. 03–6831. GARVIN v. UNITED STATES;
No. 03–6958. HERNANDEZ ET AL. v. UNITED STATES; and
No. 03–7305. DIAZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–7044. GUNN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.